FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD D. GAMINO,<br><br>                Plaintiff,<br><br>      v.<br><br>MOUNTAIN PACIFIC MACHINERY, INC.,<br><br>                Defendant. | No. 1:18-cv-03009-SMJ<br><br>**ORDER DISMISSING CASE** |

On February 28, 2019, the parties filed a Joint Stipulated Motion for Dismissal, ECF No. 63. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Stipulated Motion for Dismissal, **ECF No. 63**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of March 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2